UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ARTIN HAMBARSONPOUR,

                Petitioner,

    v.

PAMELA BONDI, *et al.*,

                Respondents.

Case No. C25-1802-RSM-SKV

ORDER APPOINTING FEDERAL PUBLIC DEFENDER

This is a federal habeas action filed under 28 U.S.C. § 2241. Petitioner Artin Hambarsonpour has filed a motion seeking appointment of counsel in this matter. Dkt. 2. The Court, having considered Petitioner's motion, his financial eligibility, and the balance of the record, finds and ORDERS as follows:

(1) The Court is in receipt of a letter from the Federal Public Defender's Office indicating that this case falls within the class of cases potentially governed by *Zadvydas v. Davis*, 533 U.S. 678 (2001). Because of the complex issues involved in this case, the interests of justice require that counsel be appointed for Petitioner. *See* 18 U.S.C. § 3006A(a)(2)(B). As required by statute, petitioner has demonstrated financial eligibility for such appointment. *See id.*

ORDER APPOINTING FEDERAL
PUBLIC DEFENDER- 1

Accordingly, Petitioner's request for appointment of counsel is GRANTED. The Court appoints the Federal Public Defender to represent Petitioner in these proceedings.

(2) The Clerk shall send copies of this Order to Petitioner, to the Federal Public Defender, to counsel for Respondents, and to the Honorable Ricardo S. Martinez.

Dated this 19th day of September, 2025.

*S. Kate Vaughan* (signature)

S. KATE VAUGHAN
United States Magistrate Judge

ORDER APPOINTING FEDERAL
PUBLIC DEFENDER- 2