UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ARTIN HAMBARSONPOUR,

    Petitioner,

v.

PAMELA BONDI; *et al.*,

    Respondents.

No. 25-cv-1802-RSM-SKV

STIPULATION REGARDING THIRD-COUNTRY REMOVAL

    Petitioner Artin Hambarsonpour has filed a habeas corpus petition challenging his detention at the Northwest ICE Processing Center. Dkt. 1. In that Petition, he seeks an order preventing his removal to a country other than France, absent notice and meaningful opportunity to respond in compliance with the statute and due process in reopened removal proceedings. *Id* at 16. The parties have conferred, and U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) is not seeking to effectuate Petitioner's removal to a third country.

    Therefore, ICE ERO agrees that, while this case is pending, it will not remove Petitioner to any country other than France.

    DATED this 6th day of October 2025.

Respectfully submitted,

CHARLES NEIL FLOYD
United States Attorney

s/ *Michelle R. Lambert*
Michelle R. Lambert, NYS 4666657
Assistant United States Attorney
Western District of Washington

s/ *Alan Zarky*
Alan Zarky, WSBA No. 15155
Staff Attorney
Federal Public Defender

STIPULATION REGARDING THIRD-COUNTRY
REMOVAL
(*Hambarsonpour v. Bondi*, 25-cv-1802-RSM-SKV) - 1

| | | |
|---|---|---|
| 1 | United States Attorney's Office | 1331 Broadway, Ste 400 |
| 2 | 700 Stewart Street, Suite 5220 | Tacoma, WA 98402 |
|   | Seattle, Washington 98101-1271 | Phone: 253-593-6710 |
| 3 | Phone: (206) 428-3800 | E-mail: alan_zarky@fd.org |
|   | E-mail: michelle.lambert@usdoj.gov | |
| 4 | | *Attorney for Petitioner* |
|   | *Attorneys for Federal Respondents* | |

I certify this document contains 106 words in compliance with the Local Civil Rules.

STIPULATION REGARDING THIRD-COUNTRY REMOVAL
(*Hambarsonpour v. Bondi*, 25-cv-1802-RSM-SKV) - 2

**ORDER**

Pursuant to the above stipulation, for so long as this case remains pending, ICE ERO shall not remove Petitioner Artin Hambarsonpour to any country other than France.

It is so ORDERED.

Dated this 7th day of October 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE