UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARTIN HAMBARSONPOUR,<br><br>    Petitioner,<br><br>    v.<br><br>PAMELA BONDI, *et al.*,<br><br>    Respondents. | Case No. C25-1802-RSM-SKV<br><br>ORDER GRANTING STIPULATED MOTION TO SET BRIEFING SCHEDULE |

This matter comes before the Court on the parties' Stipulated Motion to Set Briefing Schedule, Dkt. #8.

On September 17, 2025, Petitioner filed a 28 U.S.C. § 2241 habeas corpus petition, a Motion to Appoint Counsel, and a Motion for Preliminary Injunction. Dkts. #1, 2, 3. After referral to United States Magistrate Judge S. Kate Vaughan, the Court appointed Petitioner counsel and ordered Respondents to show cause why the petition should not be granted within thirty days of September 19, 2025. Dkts. #5, #6.

On October 6, 2025, the parties filed this instant Motion, agreeing to forgo Petitioner's preliminary injunction motion and requesting that the Court instead note the habeas petition for October 17, 2025, with Respondent's response addressing any dismissal arguments at that time, and for the referral to Magistrate Judge Vaughan to be terminated. Dkt. #8. Accordingly, the

Court will grant the parties' Stipulated Motion.

Having reviewed the instant Motion and remainder of the record, the Court hereby finds and ORDERS:

(1) The parties' Stipulated Motion to Set Briefing Schedule, Dkt. #8, is GRANTED. The Court adopts the parties' proposed schedule.

(2) The Clerk of Court will note Petitioner's federal habeas petition, Dkt. #1, for October 17, 2025.

(3) Respondents shall file a response to the habeas petition no later than October 10, 2025. Any arguments that the petition should be dismissed shall be made in the response and not by separate motion.

(4) Petitioner will file a reply no later than October 17, 2025.

(5) Because the Court will address the expedited habeas petition, the Court TERMINATES the referral to Magistrate Judge S. Kate Vaughan.

(6) Based on the parties' agreement to an expedited briefing schedule, Petitioner's Motion for Preliminary Injunction, Dkt. #3, is DENIED as moot.

DATED this 9th day of October, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE