UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARTIN HAMBARSONPOUR, | Case No. C25-1802-RSM |
| Petitioner, | ORDER GRANTING SECOND STIPULATED MOTION TO REVISE BRIEFING SCHEDULE |
| v. | |
| PAMELA BONDI, *et al.*, | |
| Respondents. | |

    This matter comes before the Court on the parties' second Stipulated Motion to revise the briefing schedule on Petitioner's federal habeas petition.  Dkt. #16.

    On October 9, 2025, the Court granted the parties stipulated motion to set a new briefing schedule.  Dkt. #11.  Per their request, the Court noted Petitioner's federal habeas petition, Dkt. #1, for October 17, 2025, and set responsive briefing deadlines for October 10 and 17.  *Id*.  Respondents filed their opposition on October 10, 2025.  Dkt. #12.

    On October 7, 2025, the Court granted the parties' stipulation to not remove Petitioner to any other country than France during this litigation.  Dkt. #10.  Due to Respondents' successful interview with the Consulate of France on October 15, Respondents anticipate that travel documents and visa processing should be completed in the next few weeks to remove Petitioner to France.  *Id*.  The parties now request the Court continue Petitioner's deadline to file a reply to

ORDER GRANTING SECOND STIPULATED
MOTION TO REVISE BRIEFING SCHEDULE- 1

Respondents' opposition until October 31, 2025. Dkt. #16. The parties also stipulate to withdrawing their pending stipulated motion, Dkt. #15, in light of this update. *Id*.

Accordingly, having reviewed the instant Motion and remainder of the docket, the Court finds and ORDERS:

(1) The parties' Second Stipulated Motion to Revise Briefing Schedule, Dkt. #16, is GRANTED.

(2) Petitioner will file a reply no later than October 31, 2025.

(3) The Clerk of Court will re-note Petitioner's federal habeas petition, Dkt. #1, for October 31, 2025.

(4) Based on the parties' withdrawal and the instant Motion, the Court STRIKES the parties Stipulated Motion, Dkt. #15, as moot.

DATED this 17th day of October, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING SECOND STIPULATED
MOTION TO REVISE BRIEFING SCHEDULE- 2