UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| ARTIN HAMBARSONPOUR, | ) | No.25-cv-1802-RSM |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER REVISING BRIEFING SCHEDULE |
| | ) | |
| PAMELA BONDI, *et.al.*, | ) | |
| Respondents. | ) | |

Pursuant to the stipulated motion of the parties, Dkt. #18, it is hereby ORDERED that the briefing schedule shall be revised as follows:

Petitioner will file a reply no later than November 14, 2025.

The Court will re-note the habeas petition for November 14, 2025.

DONE this 31st day of October, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER REVISING BRIEFING SCHEDULE
(*Hambarsonpour v. Bondi*, 25-cv-1802-RSM) - 1